ROSENBAUM, Circuit Judge, concurring:
I concur in the panel's order denying Navarro's application for leave to file a second or successive 28 U.S.C. § 2255 motion. I write separately to address the 18 U.S.C. § 924(c) claim. On this record, it is clear that Navarro was charged with and knowingly and specifically pled guilty to "knowingly using and carrying a firearm during and in relation to a crime of violence and a drug trafficking crime and possessing a firearm in furtherance of such crimes ." (emphasis added). For that reason, he cannot show he is entitled to relief under United States v. Davis , --- U.S. ----, 139 S. Ct. 2319, 204 L.Ed.2d 757 (2019). I would end the analysis of the Davis claim with that.